# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-47608-MLO  
**Case Name:** WIGGINS, PATSY  

**For Period Ending:** 01/18/2024

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 08/30/2023 (f)  
**§ 341(a) Meeting Date:** 10/02/2023  
**Claims Bar Date:** 11/29/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2300 NORWOOD CT., TRENTON, MI 48183-0000, WAYNE COUNTY | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | MISCELLANEOUS HOUSEHOLD ITEMS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1 TV, 1 DVD PLAYER, 1 CELL PHONE | 400.00 | 0.00 | | 0.00 | FA |
| 4 | MISCELLANEOUS WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2 PAIRS OF SILVER EARRINGS, 2 GOLD NECKLACES, 1 STEEL CITIZENS WATCH, 1 GOLD RING | 200.00 | 0.00 | | 0.00 | FA |
| 6 | CASH | 8.00 | 8.00 | | 0.00 | FA |
| 7 | SAVINGS & CHECKING ACCOUNT: FIFTH THIRD BANK | 300.00 | 300.00 | | 0.00 | FA |
| 8 | SOCIAL SECURITY BENEFITS: U.S. GOVERNMENT | Unknown | Unknown | | 0.00 | FA |
| 9 | preferential transfers (u) | 0.00 | Unknown | | 0.00 | Unknown |
| **9** | **Assets Totals (Excluding unknown values)** | **$202,908.00** | **$308.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    10/17/2023 employed to Taunt Law firm as trustee's counsel  
    10/12/2023 reviewing possible preferential transfers and ownership of home

**Initial Projected Date Of Final Report (TFR):** 08/23/2024  
**Current Projected Date Of Final Report (TFR):** 08/23/2024

01/18/2024  
Date

/s/Timothy J. Miller  
Timothy J. Miller