# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-47608-MLO
**Case Name:** PATSY WIGGINS

**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller
**Date Filed (f) or Converted (c):** 08/30/2023 (f)
**§ 341(a) Meeting Date:** 10/02/2023
**Claims Bar Date:** 11/29/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2300 NORWOOD CT., TRENTON, MI 48183-0000, WAYNE COUNTY | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | MISCELLANEOUS HOUSEHOLD ITEMS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1 TV, 1 DVD PLAYER, 1 CELL PHONE | 400.00 | 0.00 | | 0.00 | FA |
| 4 | MISCELLANEOUS WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2 PAIRS OF SILVER EARRINGS, 2 GOLD NECKLACES, 1 STEEL CITIZENS WATCH, 1 GOLD RING | 200.00 | 0.00 | | 0.00 | FA |
| 6 | CASH | 8.00 | 8.00 | | 0.00 | FA |
| 7 | SAVINGS & CHECKING ACCOUNT: FIFTH THIRD BANK | 300.00 | 300.00 | | 0.00 | FA |
| 8 | SOCIAL SECURITY BENEFITS: U.S. GOVERNMENT | Unknown | 0.00 | | 0.00 | FA |
| 9 | preferential transfers (u) value from Sofa statements- Not on sch B or C. | 9,859.00 | 9,859.00 | | 0.00 | 9,859.00 |
| **9** | **Assets Totals (Excluding unknown values)** | **$212,767.00** | **$10,167.00** | | **$0.00** | **$9,859.00** |

**Major Activities Affecting Case Closing:**

> 03/18/2024 Dean provided update - potential ch.5 actions related to credit card accounts.
> .          Outstanding Issues:
> a.         On this one, we worked with the Debtor's attorney (Joe Grima) to issue a number of subpoenas (he actually issued them) as the Debtor had no credit card statements.  We have all but 2 responses.  Unfortunately, the one with the most activity was Amex, and after asking for extension after extension, they finally sent statements after about 4 months, but then we learned that the statements were mostly redacted and not useful.  We are told that Amex is sending amended statements after a motion to compel compliance with the subpoena was threatened.
> b.         Once we get all the statements, we will do a 2004 exam of the Debtor (Joe Grima already consented to it).
> c.         Current 727 date is 4/30/24
> 01/30/2024 deadline to object to discharge 3/15/24
> 10/17/2023 employed to Taunt Law firm as trustee's counsel
> 10/12/2023 reviewing possible preferential transfers and ownership of home

**Initial Projected Date Of Final Report (TFR):** 08/23/2024        **Current Projected Date Of Final Report (TFR):** 12/16/2024

04/08/2024
Date

/s/Timothy J. Miller
Timothy J. Miller