UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Patsy Wiggins,   Case No. 23-47608
                 Chapter 7
                 Honorable Maria L. Oxholm

    Debtor.
_____/

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SETTLE WITH FIFTH THIRD BANK, N.A.

This matter came before the Court upon the Chapter 7 Trustee's Motion for Authority to Settle with Fifth Third Bank, N.A. (the "Motion", ECF No. 55) filed by the Chapter 7 Trustee for the Bankruptcy Estate of Patsy Wiggins, Timothy J. Miller (the "Trustee"). All interested parties were served with notice of the deadline for responses thereto. No response was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings, and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted. The Trustee's settlement, as reflected in the settlement agreement attached to the Motion (the "Agreement"), is reasonable and approved.

**IT IS FURTHER ORDERED** that Fifth Third Bank, N.A. must pay the Trustee $4,616.65 (the "Settlement Amount") subject to the terms and conditions of the Agreement.

**IT IS FURTHER ORDERED** that the Settlement Amount is a recovery by the Trustee under 11 U.S.C. §550 of a voluntary transfer which debtor Patsy Wiggins (the "Debtor") cannot exempt pursuant to 11 U.S.C. §522(g). The Settlement Amount will be distributed by the Trustee pursuant to 11 U.S.C. §726, free and clear of any current or future exemption of the Debtor.

**IT IS SO ORDERED.**

**Signed on March 6, 2025**



/s/ Maria L. Oxholm
_____
Maria L. Oxholm
United States Bankruptcy Judge